UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Traci Alexis Miller & Maurice Western,** | Bankruptcy No. 15-28416 |
| | Honorable Jacqueline P. Cox |
| Debtors. | |

COVER SHEET FOR FIRST AND FINAL FEE
APPLICATION OF FACTORLAW FOR COMPENSATION

| | |
|---|---|
| Name of Applicant: | Law Offices of William J. Factor, Ltd. |
| Authorized to Provide Professional Services to: | Karen R. Goodman, Chapter 7 Trustee for the estate of Traci Alexis Miller & Maurice Western |
| Period for Which Compensation is Sought: | October 14, 2015 through May 23, 2016. |
| Amount of Fees Sought: | $   14,783.13 |
| Amount of Expense Reimbursement Sought: | $   98.44 |
| This is a: | First and Final Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $   0.00   .

{00056879}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Traci Alexis Miller & Maurice Western,** | Bankruptcy No. 15-28416 |
| | Honorable Jacqueline P. Cox |
| Debtors. | |

## NOTICE OF APPLICATION

**Please take notice** that on **June 16, 2016, at 9:30 A.M.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Jacqueline P Cox, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or any other judge sitting in her place and stead, and shall then and there present the attached **FactorLaw's First and Final Application for Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you. You may appear if you so choose.

Dated: May 24, 2016

                                              **THE LAW OFFICES OF**
                                                  **WILLIAM J. FACTOR, LTD.**

                                            By: */s/ Z. James Liu*
                                                 One of its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Z. James Liu (6313367)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 373-7227
Fax:   (847) 574-8233

{00056879}

## CERTIFICATE OF SERVICE

     I, Z. James Liu, an attorney, hereby certify that on May 24, 2016, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Application* and the accompanying *Application* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List and by U.S. Mail on all other persons identified on the Service List.

                                               /s/ Z. James Liu

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| William J. Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com, bharlow@wfactorlaw.com, wfactor@ecf.inforuptcy.com, wfactormyecfmail@gmail.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Karen R. Goodman | kgoodman@taftlaw.com, il24@ecfcbis.com, sfdocket@shefskylaw.com, nbeagan@taftlaw.com |
| Zhijun James Liu | jliu@wfactorlaw.com, bharlow@wfactorlaw.com, jliu@ecf.inforuptcy.com, nbouchard@wfactorlaw.com |
| Anne I. Shaw | ashaw@shawattorneys.com, rtanguay@shawattorneys.com, cshaw@shawattonreys.com, jdegrado@shawattorneys.com, sbutler@shawattorneys.com |

**Non-Registrants**
(Service via U.S. Mail)

**Maurice Western & Traci Alexis Miller**
712 Harrison St.
Gary, IN 46402

See attached mailing matrix.

{00056879}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-28416<br>Northern District of Illinois<br>Chicago<br>Thu Mar 31 09:01:08 CDT 2016 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 1st FRANKLIN FINANCIAL<br>444 STRIPLING CHAPEL ROAD<br>SUITE 300<br>CAROLLTON, GA 30117-7796 |
| 1st Franklin Financial<br>444 Stripling Chapel Road<br>Suite 300<br>Carrollton, GA 30117-7796 | 2702 West Warren #4<br>Chicago, IL 60612-2037 | AARONS LEASING AND RENTS<br>309 EAST PACES FERRY RD NE<br>ATLANTA, GA 30305-2377 |
| AARONS RENT AND LEASING<br>309 EAST PACES FERRY RD NE<br>ATLANTA, GA 30305-2377 | AMCOL Columbia<br>POB 21625<br>Columbia, SC 29221-1625 | (p)ANN ARBOR CREDIT BUREAU INC<br>PO BOX 7820<br>ANN ARBOR MI 48107-7820 |
| ARS INC<br>P.O. BOX 321472<br>FLOWOOD, MS 39232-1472 | ATT<br>ACCOUNT RECEIVABLE<br>208 S AKARD ST<br>DALLAS TX 75202-4295 | ATT Bankruptcy Center<br>POB 769<br>Arlington, TX 76004-0769 |
| ATT PHONE SERVICE<br>BANKRUPTCY CENTER<br>PO BOX 769<br>ARLINGTON, TX 76004-0769 | AUTO OWNERS INSURANCE COMPANY<br>James P Cavanaugh (Retained)<br>Gaston, Cavanaugh & Giesel<br>7168 Graham Rd<br>Ste 160<br>INDIANAPOLIS, IN 46250-2677 | AUTO OWNERS INSURANCE COMPANY<br>LATITUDE SUBROGATION SERVICES<br>1760 S TELEGRAPH ROAD STE 104<br>BLOOMFIELD HILLS, MI 48302-0181 |
| Arrons Leasing and Rents<br>309 E Paces Ferry Rd NE<br>Atlanta, GA 30305-2377 | Attn: N.A. Winfrey<br>401 Boradway SUite 101a<br>Gary, IN 46402-1236 | CARROLL EMC (CARROLLTON, GEORGIA)<br>155 NORTH HIGHWAY 113<br>CARROLLTON, GA 30117-7501 |
| CARROLL FINANCE<br>1004 BANKHEAD HIGHWAY B-27<br>CARROLLTON, GA 30117-1849 | CARROLLTON GEORGIA WATER UTILITY<br>315 BRADLEY STREET<br>CARROLLTON, GA 30117-3219 | CHASE BANK<br>3800 BROADWAY<br>GARY, IN 46408 |
| CHASE BANK<br>PO BOX 183164<br>COLUMBUS, OH 43218-3164 | COLUMBIA HOUSE | COLUMBIA HOUSE<br>1400 NORTH FRUITRIDGE AVENUE<br>TERRE HAUTE, IN 47804-1776 |
| COMCAST<br>650 CENTERTON ROAD<br>MOORESTOWN, NJ 08057-3985 | COMCAST CABLE, INC<br>650 CENTERTON RD<br>MOORESTOWN, NJ 08057-3915 | COMED<br>PO BOX 805379<br>CHICAGO, IL 60680-4179 |
| COMED (COMMONWEALTH EDISON)<br>PO BOX 805379<br>CHICAGO, IL 60680-4179 | COMPLETE CREDIT SOULTION<br>2921 BROWN TRAIL #100<br>BEDFORD, TX 76021-4174 | CREDIT CEENTRAL<br>704 BANKHEAD HIGHWAY<br>CARROLLTON, GA 30117-1962 |

Carroll EMC
155 North Highway 113
Carrollton, GA 30117-7501

Carroll Finance
1004 Bankhead Highway
Carrollton, GA 30117-1849

Carrollton GA Utility Billing/Water Department
315 Bradley Street
Carrollton, GA 30117-3219

Chase Bankruptcy Dept
POB 15298
Wilmington, DE 19850-5298

City of Hobart Indiana
414 Main Street
Hobart, IN 46342-4444

Columbia House
1400 Nort Fruitridge Ave
Terre Haute, In 47804-1776

Com_Ed DBA Commonwealth Edison
3 Lincoln Center
Attn: Bkcy Group Claims Department
Oakbrook Terrace, IL 60181-4204

Commonwealth Edison Co
3 Lincoln Center
Attn: Bankruptcy  Section
Oak Brook Terrace IL 60181-4204

Complete Credit Solutions
2921 Brown Trail #100
Bedford, TX 76021-4174

Credit Central
704 Bankhead Highway
Carrollton, GA 30117-1962

DISNEY MOVIE CLUB
PO BOX 738
NEENAH, WI 54957-0738

DRIVETIME
P.O BOX 29018,
PHOENIX, AZ 85038-9018

DRIVETIME CREDIT
PO BOX 53087
PHOENIX, AZ 85072-3087

Disney Movie Club
POB 758
Neenah, WI 54957-0758

FIRST PREMIER BANK CRD
TCF BANK
PO BOX 5524
SIOUX FALLS, SD 57117-5524

FIRST PREMIER CREDIT CARD
PO BOX 5524
SIOUX FALLS, SD 57117-5524

GARY CITY COURT-
401 BORADWAY, GARY, IN 46402

GARY INDIANA SANITATION DEPARTMENT
ATTN URSULA
839 BROADWAY
GARY, IN 46402-2414

GARY INDIANA SERVICES
200 EAST 5TH AVENUE
GARY, IN 46402-1309

Gary City Court
555 Polk Street
Gary, IN 46402-1742

Gary City Court
555 Polk Street
Gary, IN 46402-1742
Attn: Kim

HIGHLIGHTS MAGAZINE
803 CHURCH STREET
HONESDALE, PA 18431-1877

HOLYCROSS HOSPITAL
2701 WEST 68TH ST
CHICAGO, IL 60629-1882

ILLINOIS TOLLWAY AUTHORITY
2700 OGDEN AVENUE
DOWNERS GROVE, IL 60515-1703

INDIANA AMERICAN WATER
1025 LAUREL OAK ROAD
VOORHEES, NJ 08043-3506

INDIANA AMERICAN WATER
555 EAST COUNTYLINE ROAD
GREENWOOD, IN 46143-1064

INSTALOAN
1670 NORTH US HIGHWAY 27
CARROLLTON, GA 30117

Indiana AMerican Water
1025 Oak Laurel Road
Voorhees, NJ 08043-3506

Instaloan
1670N US Highway 27
Carrollton, GA 30117

J.D. BYRIDER
12802 HAMILTON CROSSING BLVD
CARMEL, IN 46032-5424

| | | |
|---|---|---|
| J.D. Byrider<br>12802 Hamilton Crossing Blvd<br>Caremel, IN 46032-5424 | JESSEME BYSONG MCVEY<br>PO BOX 1297<br>PORTAGE, IN 46368 | JESSEME SONG MCVEY<br>2702 WEST WARREN #4<br>CHICAGO, IL 60612-2037 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jesseme Bysong Mcvey<br>POB 1297<br>Portgage, In 46368 | KATHLEEN STENSON<br>2471 SAINT ANDEWS DRIVER<br>OLYMPIA FIELD, IL 60461-1166 |
| Kathleen Stenson<br>2471 Saint Andrew Driver<br>Olympia Fields, IL 60461-1166 | LAKE COUNTY INDIANA SUPERIOR COURT<br>2293 MAIN<br>STREET, CROWN POINT, IN 46307-1854 | LAKE STATION INDIANA MUNICIPAL COURT<br>1969 CENTRAL AVE<br>LAKE STATION, IN 46405-2059 |
| Lake Station City Court<br>1969 Central Ave<br>Lake Station, IN 46405-2399 | Lake Superior Court #7<br>2293 Main Street<br>Crown Point, IN 46307-1854<br>Attn: Linda | MARION COUNTY INDIANA<br>200 E WASHINGTON ST SUITE W122<br>INDIANAPOLIS, IN 46204-3335 |
| MIDLAND FUNDING LLC<br>227 W TRADE ST. STE 1610<br>CHARLOTTE, NC 28202-1676 877-434-3713 | MIDLAND FUNDING LLC<br>2365 NORTHSIDE 3RD FLOOR<br>SAN DIEGO, CA 92108-2709 | Midland Credit Management<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123-2255 |
| Midland Funding LLC<br>227 West Trade Streette 1610<br>Charlotte, NC 28202-1676 | NIPSCO<br>801 E 86TH AVE<br>MERRILLVILLE, TN 46410-6272 | Nipsco<br>801 East 86th Ave<br>Merrillville, IN 46410-6272 |
| OFFICE OF PRIVACY -LEGAL DEPARTMENT<br>PO BOX 4600<br>RESTON, VA 20195-1416 | ONLINE COLLECTIONS<br>P.O. BOX 1489<br>WINTERVILLE, NC 28590-1489 | Office of Privacy<br>POB 4600<br>Reston,VA 20195-1416 |
| PATRICIA A LLOYD, M.D.<br>340 BLVD NE<br>ATLANTA GA 30312-1285 | PEOPLES ENERGY<br>ATTN CUSTOMER SERVICE<br>200 E RANDOLPH<br>CHICAGO, IL 60601-6302 | PEOPLES GAS<br>200 E RANDOLPH<br>CHICAGO, IL 60601-6302 |
| PROPERTY LIQUIDATOR/TIM LOVELESS<br>1628 CAMELLIA DRIVE<br>MUNSTER, IN 46321-3947 | PROPERTY LIQUIDATOR/TIM LOVELESS<br>3715 WASHINGTON<br>GARY, IN 46408-2204 | Porania LLC<br>P. O. Box 11405<br>Memphis TN 38111-0405 |
| Porania LLC<br>c/o Biltmore Asset Management<br>24500 Center Ridge Rd Ste 472<br>Westlake, OH 44145-5605 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999<br>Orig By: Premier Bankcard Mc | Property Liquidators<br>3715 Washington<br>Gary, In 46408-2204 |

| | | |
|---|---|---|
| Property Liquidators, Inc.<br>c/o Genetos Retson & Yoon LLP<br>1000 E. 80th Place<br>Suite 555 North Tower<br>Merrillville, IN 46410-5673 | Property Liquidators/Tim<br>Loveless<br>1628 Camellia Drive<br>Muster, In 46321-3947 | QVC Inc<br>1200 Wilson Drive at Studio Park<br>West Chester, PA 19380-4267 |
| REGIONS BANK<br>1900 FIFTH AVENUE<br>BIRMINGHAM, AL 35203-2670 | RENT A CENTER<br>5501 HEADQUARTERS DRIVE<br>PLANO, TX 75024-5845 | Regions Bank<br>1300 5th Ave<br>Birmingham, AL 35228 |
| SPRINT PCS<br>6480 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251-6106 | STATE OF INDIANA DRIVER SERVICES<br>ATTN LEGAL DEPET<br>BMV IGCN ROOM N404<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204-2273 | STERLING FINANCE<br>1345 SOUTH PARK ST<br>CARROLLTON, GA 30117-4433 |
| SUNSET FINANCE<br>6678 BROAD STREET<br>DOUGLASVILLE, GA 30134-1787 | SUNSET FINANCE<br>726 BANKHEAD HIGHWAY<br>CARROLLTON, GA 30117-1918 | SUNTRUST BANK<br>919 EAST MAIN ST<br>RICHMOND VA 23219-4625 |
| SWISS COL/GRANDEPOINT<br>112 7TH AVE,<br>MONROE, WI 53566 | Secretary of State<br>Bankruptcy Dept<br>2701 S Dirksen Prkwy<br>Springfield, IL 62723-1000 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| State of Indiana Driver SErvice (BMV)<br>Attn: Legal Dept<br>BMV IGCN Room N404<br>100 North Senate Ave<br>Indianapolis, In 46204-2273 | Sterling FInance<br>1345 South Park Ave<br>Carrollton GA, 30117-4433 | Suntrust bank<br>519 E Main Street<br>Richmond, VA 23219-2407 |
| Swisscol/Grandepoint<br>112 7th Ave<br>Monroe, WI 53566 | (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TANNER HOSPITAL<br>705 DIXIE ST<br>CARROLLTON, GA 30117-3818 |
| TCF NATIONAL BANK<br>LEGAL PROCESSING DEPARTMENT<br>OPS-SD-G<br>4101 WEST 38TH ST<br>SIOUX FALLS, SD 57106-0741 | TCF National Bank Legal Processing Department<br>OPS-SD-G<br>4101 W 38th STreet<br>Sioux Falls, SD 57106-0741 | THE CITY OF GARY INDIANA<br>ATTN N.A. WINFREY<br>401 BROADWAY SUITE 101A<br>GARY, IN 46402-1236 |
| THE CITY OF GARY INDIANA SANITATION DEPT<br>ATTN URSULA<br>839 BROADWAY<br>GARY, IN 46402-2417 | TRUST RECOVERY SERVICES<br>541 OTIS BOWEN DRIVE,<br>MUNSTER, IN 46321-4158 | Tanner Hosiptal<br>705 Dixie Street<br>Carrollton, GA 30117-3818 |
| ULTRA FOODS (MERRILLVILLE)<br>ATTN CAMERON SCADDEN<br>2244 45TH ST<br>HIGHLAND, IN 46322-2629 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank<br>POB 5529<br>Cincinnati, OH 45201 |

| | | |
|---|---|---|
| Utlra Foods Merrillville<br>Attn: Cameron Cadden<br>2244 45th Street<br>Highland, In 46322-2629 | Vivint<br>4931 N 300 W<br>Provo, UT 84604-5816 | WESTERN SHAMROCK CORP<br>801 S ABE (2A)<br>San Angelo, TX 76903-6735 |
| WESTERN SHAMROCK CORPORATION<br>801 S ABE<br>SAN ANGELO, TX 76903-6735 | WILKES FINANCE CORPORATION<br>6160 FAIRBURN ROAD<br>DOUGLASVILLE, GA 30134-1993 | Wilkes Finance Corporation<br>61690 Fairburn Road<br>Douglasville, GA 30134-1993 |
| Karen R Goodman ESQ<br>Taft Stettinius & Hollister LLP<br>111 East Wacker Dr<br>Suite 2800<br>Chicago, IL 60601-4277 | Maurice Western<br>P.O. Box 2067<br>Carrollton, GA 30112-0039 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Ronald Stepney<br>540 W. Briar Place Suite B<br>Chicago, IL 60657-4661 | Traci Alexis Miller<br>P.O. Box 2067<br>Carrollton, GA 30112-0039 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ANN ARBOR CREDIT BUREAU<br>311 N MAIN ST.<br>ANN ARBOR, MI 48104 | Jefferson Capital Systems LLC<br>Purchased From Fingerhut<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Fingerhut Freshstart | Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |
| T MOBILE<br>BANKRUPTCY TEAM<br>PO BOX 53410<br>BELLEVUE, WA 98015-3410 | (d)T Mobile Bankruptcy Team<br>POB 53410<br>Bellevue, WA 980158-3410 | US BANK<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 |
| (d)US Bank<br>800 Nicolett Mall<br>Minneapolois, MN 55402 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carroll Finance | (d)ARS Inc<br>POB 321472<br>Flowood, MS 39232-1472 | (u)CARROLL EMC (CARROLLTON, GEORGIA) |

(u)CARROLLTON GEORGIA WATER UTILITY  (u)CHASE BANK  (u)COM-ED

(u)COM-ED (COMMONWEALTH EDISON)  (u)COMCAST  (u)COMCAST CABLE INC

(u)CREDIT CENTRAL

(d)Carroll EMC
155 North Highway 113
Carrollton, GA 30117-7501

(d)Comcast
650 Centerton Road
Moorestown, NJ 08057-3985

(u)DISNEY MOVIE CLUB  (u)DRIVETIME CREDIT

(d)Drivetime
POB 29018
Phoenix, AZ 85038-9018

(d)Drivetime Credit
POB 53087
Phoenix, AZ 85072-3087

(u)FINGERHUT
INDIANA UNIVERSITY STUDENT LOAN ADMIN
WELLS FARGO BANK
US BANK

(u)FIRST PREMIER BANK CARD
TCFBANK

(u)FIRST PREMIER CREDIT CARD  (u)GARY INDIANA EMS SERVICES  (u)GARY INDIANA SANITATION DEPARTMENT

(d)Gary Indiana Sanitation Department
Attn: Ursula
839 Broadway
Gary, In 46402-2414

(d)Gary Indiana Services
200 East 5th Ave
Gary, IN 46402-1309

(u)HIGHLIGHTS MAGAZINE

(u)HOLYCROSS HOSPITAL

(d)Highlights Magazine
803 Church Street
Honesdale, PA 18431-1877

(d)HolyCross Hospital
2701 West 68th St
Chicago, IL 60629-1882

(u)I st FRANKLIN FINANCIAL  (u)ILLINOIS Tollway Authority  (u)INDIANA AMERICAN WATER

(u)INSTALOAN

(d)Illinois Tollway Authority
2700 Ogden Avenue
Downers Grove, IL 60515-1703

(d)Indiana American Water
555 East Countyline Road
Greenwood, IN 46143-1064

(u)J.D. BYRIDER

(u)JESSEME BYSONG MCVEY

(u)KATHLEEN STENSON

(u)LAKE STATION INDIANA MUNICIPAL COURT

(d)Lake County Indiana Superior Court
2293 Main Street
Crown Point, IN 46307-1854

(u)MARION COUNTY INDIANA

(d)Marion County Indiana
200 E Washington Street
Suite W122
Indianapolis, IN 46204-3335

(u)NIPSCO

(d)Online Collections
POB 1489
Winterville, NC 28590-1489

(u)PATRICIA A LLOYD, M.D.

(u)PEOPLES ENERGY

(u)PEOPLES GAS

(u)PROPERTY LIQUIDATORS/TIM LOVELESS

(d)Patricia A. LLoyd, M.D.
340 Blvd NE
Atlanta, GA 30312-1285

(d)Peoples Energy
Attn: Customer Service
200 E. Randolph
Chicago, Il 60601-6302

(u)REGIONS BANK

(u)RENT A CENTER

(d)Rent A Center
5501 Headquarters Drive
Plano, TX 75024-5845

(u)SPRINT

(u)SPRINT PCS

(u)STATE OF INDIANA DRIVER SERVICES

(u)STERLING FINANCE

(u)SUNSET FINANCE

(u)SUNTRUST BANK

(d)Sprint PCS
6480 Sprint Parkway
Overland Park, KS 66251-6106

(d)Sunset Finance
6678 Broad Street
Douglasville, GA 30134-1787

(d)Sunset Finance
726 Bankhead Highway
Carrollton, GA 30117-1918

(u)T Mobile

(u)TANNER HOSPITAL

(u)TCF NATIONAL BANK

| | | |
|---|---|---|
| (u)THE CITY OF GARY INDIANA | (u)THE CITY OF GARY INDIANA SANITATION DEPART | (u)THE CITY OF HOBART INDIANA |
| (d)THE CITY OF HOBART INDIANA<br>414 MAIN STREET<br>HOBART IN 46342-4444 | (u)TMOBILE<br>NIPS CO | (d)Trust Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321-4158 |
| (u)ULTRA FOODS(MERRILL VILLE) | (u)UNIVERSITY OF PHOENIX<br>WESTWOOD COLLEGE<br>SOUTHERN NEW HAMPSHIRE UNIVERSITY<br>PAYDAY LOAN STORE OF ILLINOIS<br>PAYDAY LOAN STORE OF INDIANA | (u)US BANK |
| (u)WEST GEORGIA AMBULANCE COMPANY<br>TANNER HOSPITAL OF CARROLLTON GEORGIA<br>EXPRESS REALTY OF VILLA RICA GEORGIA<br>INTERTECH PROBATION<br>CITY OF CARROLLTON, GEORGIA | (u)WESTERN SHAMROCK CORPORATION | (u)WILKES FINANCE CORPORATION |
| (d)Western Shamrock Corp<br>801 S ABE (2A)<br>San Angelo, TX 76903-6735 | End of Label Matrix<br>Mailable recipients   130<br>Bypassed recipients    76<br>Total                  206 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Traci Alexis Miller & Maurice Western,** | Bankruptcy No. 15-28416 |
| | Honorable Jacqueline P. Cox |
| Debtors. | |

**FIRST AND FINAL APPLICATION OF FACTORLAW FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

William J. Factor and The Law Office of William J. Factor, Ltd. (collectively, "**FactorLaw**"), special counsel for Karen R Goodman, not individually but as the chapter 7 trustee (the "**Trustee**") of the bankruptcy estate (the "**Estate**") of Traci Alexis Miller and Maurice Western ("**Traci**" and "**Maurice**" or, collectively, the "**Debtors**"), hereby submits its first and final application for compensation and reimbursement of expenses (the "**Application**") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1). FactorLaw seeks allowance of compensation in the amount of $14,783.13 and reimbursement of expenses in the amount of $98.44 incurred by FactorLaw during the period of October 14, 2015, through and including May 25, 2016 (the "**Application Period**"). In support of its Application, FactorLaw states as follows:

I. **JURISDICTION**

This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois. Venue of the above-captioned case (the "**Case**") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A).

## II. BACKGROUND

On August 19, 2015, the Debtors filed a petition for relief under chapter 7 of title 11, United States Code (11 U.S.C. § 101 *et seq.*, the "**Bankruptcy Code**"), thereby commencing this Case. The Trustee is the duly appointed and qualified trustee.

On January 5, 2016, this Court entered an order authorizing the Trustee to retain FactorLaw as her special counsel to represent her in a state court proceeding with regard to the proceeds of an annuity in which Traci claimed an interest (the "**Annuity Litigation**"). *See* Dkt. 37. The retention order provided that FactorLaw would be receive a contingency fee of 33.3% of the gross recovery in connection with the Annuity Litigation, as well as reimbursement of any out of pocket expenses.

As of result of FactorLaw's efforts, the Trustee reached a settlement of the Annuity Litigation pursuant to which the Estate would receive $44,393.79 (or 45% of the value of the annuity).[1] The settlement was approved by this Court on April 21, 2016. *See* Dkt. 57.

## III. BASIS FOR THE REQUESTED RELIEF

### A. *FactorLaw's fees under the contingency arrangement should be approved.*

Under Section 330(a)(1)(A), the Court may award a professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A). Section 330(a) further provides:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—(A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were

---

[1] For further details on the Annuity Litigation and the settlement see the motion to approve the settlement. Dkt. No. 55.

> performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3).

Section 327(a) provides that the trustee may, subject to court approval, employ attorneys that do not have any interest adverse to the Estate, and that are disinterested persons, as defined in 11 U.S.C. § 101(14). Next, Section 327(e) provides that a trustee may hire counsel for a specific purpose if it is in the best interest of the estate and the attorney does not have an interest adverse to the estate with respect to the matter for which employment is sought. Finally, Section 328 provides that a trustee "may employ or authorize the employment of a professional person … on any reasonable terms and conditions of employment, including … on a contingent fee basis." 11 U.S.C. § 328(a).

The contingency fee of 33.3% of the gross recovery in the Annuity Litigation amounts to $14,783.13. This fee is reasonable for the services provided by FactorLaw, the litigation risks assumed by FactorLaw, and results obtained by FactorLaw. FactorLaw was able to settle the Annuity Litigation, which had been dragging on for over ten years, for an amount that exceeds the total amount of claims filed against the Estate. Even after deducting FactorLaw's contingency fee, the Estate will recover more than the total dollar value ($20,441.26) of claims filed against the Estate.

FactorLaw believes the Estate would have incurred at least the amount of its contingency fee, and likely much more, had the Estate retained counsel on an hourly basis. FactorLaw professionals spent 70.9 hours representing the Trustee in connection with the Annuity Litigation and related matters. Dividing its contingency fee by the hours spent, FactorLaw's hourly rate amounts to $208.51 per hour, less than the lowest

hourly rate ($250) charged by FactorLaw professionals that worked on this case.

FactorLaw further believes that Trustee would not have received as favorable settlement had she not been represented by contingency counsel, as the threat of continued aggressive litigation at substantial expense to the Trustee's opponent was a significant factor in the settlement of the Annuity Litigation.

Moreover, in addition to handling the Annuity Litigation, FactorLaw formulated and filed an objection to Traci's claim of exemption to the annuity. While objecting to Traci's exemption was not explicitly required by the terms of FactorLaw's engagement, if Traci was successful on her claim of exemption, the Estate would have no assets to distribute to creditors.

In conclusion, the work performed by FactorLaw professionals benefited the estate, and the contingency fee of $14,783.13 is reasonable under the circumstances.

### B. *FactorLaw should be reimbursed out of pocket expenses.*

FactorLaw also incurred $49.22 in postage for serving the motion to approve settlement, and estimates that the cost of serving this Application will be the same amount, for a total of $98.44 in expenses.

With respect to reimbursing expenses, the Court may award a professional person "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(B). "An expense is necessary if it was incurred because it was required to accomplish the proper representation of the client." *In re Spanjer Bros., Inc.*, 191 B.R. at 749.

The postage expenses detailed above were the actual and necessary expenses incurred on behalf of the Estate, and such expenses were required to accomplish the proper representation of the Trustee and the Estate.

## NOTICE

Pursuant to Bankruptcy Rule 2002, this Application is served on all creditors as scheduled by the Debtors, any parties requesting notice via CM/ECF, the U.S. Trustee, and the Debtors (who are pro se).

**WHEREFORE**, FactorLaw respectfully requests that this Court enter an Order:

A. Allowing FactorLaw compensation for actual, necessary legal services in the amount of **$14,783.13** and expenses in the amount of **$98.44**;

B. Authorizing the Trustee to pay FactorLaw compensation in the amount of **14,783.13** and expenses in the amount of **$98.44**; and

C. Granting such other relief as the Court deems just and equitable.

Dated: May 24, 2016                              **THE LAW OFFICES OF**
                                                                **WILLIAM J. FACTOR, LTD.**

                                               By: */s/ Z. James Liu*
                                                     One of its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Z. James Liu (6313367)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 373-7227
Fax: (847) 574-8233

{00056879}                              6