UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| TRACI ALEXIS MILLER | § | Case No. 15-28416 |
| MAURICE WESTERN | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,000.00 *(Without deducting any secured claims)* | Assets Exempt: 99,000.00 |
| Total Distributions to Claimants: 18,227.68 | Claims Discharged Without Payment: 1,823.58 |
| Total Expenses of Administration: 26,166.11 | |

3) Total gross receipts of $ 44,393.79  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 44,393.79  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 31,953.43 | 31,953.43 | 26,166.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 20,051.26 | 20,051.26 | 18,227.68 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 52,004.69 | $ 52,004.69 | $ 44,393.79 |

4) This case was originally filed under chapter 7 on 08/19/2015 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/31/2017         By: /s/KAREN R. GOODMAN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ANNUITY COURT CASE | 1149-000 | 44,393.79 |
| **TOTAL GROSS RECEIPTS** | | **$44,393.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| Karen R. Goodman, Trustee | 2100-000 | NA | 5,189.38 | 5,189.38 | 5,189.38 |
| KAREN R. GOODMAN | 2200-000 | NA | 67.00 | 67.00 | 0.00 |
| Karen R. Goodman, Trustee | 2200-000 | NA | 67.00 | 67.00 | 67.00 |
| Associated Bank | 2600-000 | NA | 307.84 | 307.84 | 307.84 |
| Taft Stettinius & Hollister | 3110-000 | NA | 2,970.00 | 2,970.00 | 2,970.00 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 2,970.00 | 2,970.00 | 0.00 |
| FactorLaw | 3210-000 | NA | 14,783.13 | 14,783.13 | 14,783.13 |
| FactorLaw | 3220-000 | NA | 98.44 | 98.44 | 98.44 |
| Alan D. Lasko & Associates | 3310-000 | NA | 2,728.72 | 2,728.72 | 2,728.72 |
| ALAN D. LASKO | 3410-000 | NA | 2,728.72 | 2,728.72 | 0.00 |
| ALAN D. LASKO | 3420-000 | NA | 43.20 | 43.20 | 21.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 31,953.43 | $ 31,953.43 | $ 26,166.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AUTO OWNERS INSURANCE COMPANY | 7100-000 | NA | 8,164.61 | 8,164.61 | 7,422.07 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | NA | 172.17 | 172.17 | 156.52 |
| 4 | NIPSCO | 7100-000 | NA | 4,109.12 | 4,109.12 | 3,735.41 |
| 8 | PORANIA LLC | 7100-000 | NA | 300.00 | 300.00 | 272.72 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | PREMIER BANKCARD, LLC | 7100-000 | NA | 431.38 | 431.38 | 392.15 |
| 9 | PREMIER BANKCARD, LLC | 7100-000 | NA | 424.99 | 424.99 | 386.34 |
| 3 | PROPERTY LIQUIDATORS, INC. | 7100-000 | NA | 3,731.84 | 3,731.84 | 3,392.44 |
| 5 | SPRINT CORP. | 7100-000 | NA | 1,223.45 | 1,223.45 | 1,112.18 |
| 6 | SPRINT CORP. | 7100-000 | NA | 1,054.34 | 1,054.34 | 958.45 |
| 7 | SPRINT CORP. | 7100-000 | NA | 439.36 | 439.36 | 399.40 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 20,051.26 | $ 20,051.26 | $ 18,227.68 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-28416 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | TRACI ALEXIS MILLER | | | | Date Filed (f) or Converted (c): | 08/19/2015 (f) |
| | MAURICE WESTERN | | | | 341(a) Meeting Date: | 10/06/2015 |
| For Period Ending: | 05/31/2017 | | | | Claims Bar Date: | 03/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ANNUITY COURT CASE         (u) | 99,000.00 | 0.00 | | 44,393.79 | FA |
| Trustee is litigating rights to annuity with Debtor's family member and has objected to Debtor's exemption. | | | | | |
| 2. WEARING APPAREL AND JEWELRY | 2,000.00 | 2,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $101,000.00         $2,000.00         $44,393.79         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/2017      Current Projected Date of Final Report (TFR): 03/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-28416 | Trustee Name: | KAREN R. GOODMAN | |
| Case Name: | TRACI ALEXIS MILLER | Bank Name: | Associated Bank | |
| | MAURICE WESTERN | Account Number/CD#: | XXXXXX3276 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3778 | Blanket Bond (per case limit): | $54,824,000.00 | |
| For Period Ending: | 05/31/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/09/16 | 1 | Dorothy Brown, Clerk of the Circuit Court of Cook County<br>Chancery - Division Trust Account<br>Chicago, Illinois 60602 | Order approving Settlement Agreement dated 4/26/16 | 1149-000 | $44,393.79 | | $44,393.79 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.95 | $44,344.84 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.80 | $44,281.04 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.84 | $44,215.20 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.73 | $44,149.47 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.52 | $44,085.95 |
| 12/22/16 | 115 | Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA  95696 | First and Final Distribution for Claim No. 10 per court Order dated December 22, 2016<br>Reversal<br>Incorrect Payee | 7100-000 | | ($392.15) | $44,478.10 |
| 12/22/16 | 101 | Karen R. Goodman, Trustee<br>Taft Stettinius & Hollister LLP | Compensation to Trustee per Court Order of December 22, 2016 | 2100-000 | | $5,189.38 | $39,288.72 |
| 12/22/16 | 102 | Karen R. Goodman, Trustee<br>Taft Stettinius & Hollister LLP | Expenses for Trustee per Court Order of December 22, 2016 | 2200-000 | | $67.00 | $39,221.72 |
| 12/22/16 | 103 | Taft Stettinius & Hollister<br>111 East Wacker Drive, Suite 2800<br>Chicago, Illinois 60601 | Compensation to Attorney for Trustee per Court Order of December 22, 2016 | 3110-000 | | $2,970.00 | $36,251.72 |
| 12/22/16 | 104 | Alan D. Lasko & Associates<br>205 West Randolph Street, suite 1150<br>Chicago, Illinois 60606 | Fees to Accountant for Trustee per Court Order dated December 22, 2016 | 3310-000 | | $2,728.72 | $33,523.00 |

| | | | Page Subtotals: | | $44,393.79 | $10,870.79 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-28416 | Trustee Name: KAREN R. GOODMAN |
| Case Name: TRACI ALEXIS MILLER | Bank Name: Associated Bank |
| MAURICE WESTERN | Account Number/CD#: XXXXXX3276 |
| | Checking |
| Taxpayer ID No: XX-XXX3778 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 05/31/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/22/16 | 105 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Expenses to Accountant for Trustee per Court Order dated December 22, 2016 | 3420-000 | | $21.60 | $33,501.40 |
| 12/22/16 | 106 | AUTO OWNERS INSURANCE COMPANY<br>LATITUDE SUBROGATION SERVICES<br>1760 S TELEGRAPH ROAD STE 104<br>BLOOMFIELD HILLS, MI 48302 | First and Final Distribution for Claim No. 1 per court Order dated December 22, 2016 | 7100-000 | | $7,422.07 | $26,079.33 |
| 12/22/16 | 107 | PROPERTY LIQUIDATORS, INC.<br>C/O GENETOS RETSON & YOON LLP<br>1000 E. 80TH PLACE<br>SUITE 555 NORTH TOWER<br>MERRILLVILLE, IN 46410 | First and Final Distribution for Claim No. 3 per court Order dated December 22, 2016 | 7100-000 | | $3,392.44 | $22,686.89 |
| 12/22/16 | 108 | NIPSCO<br>801 E 86TH AVE<br>MERRILLVILLE, TN 46410 | First and Final Distribution for Claim No. 4 per court Order dated December 22, 2016 | 7100-000 | | $3,735.41 | $18,951.48 |
| 12/22/16 | 109 | SPRINT CORP.<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | First and Final Distribution for Claim No. 5 per court Order dated December 22, 2016 | 7100-000 | | $1,112.18 | $17,839.30 |
| 12/22/16 | 110 | SPRINT CORP.<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | First and Final Distribution for Claim No. 6 per court Order dated December 22, 2016 | 7100-000 | | $958.45 | $16,880.85 |
| 12/22/16 | 111 | SPRINT CORP.<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | First and Final Distribution for Claim No. 7 per court Order dated December 22, 2016 | 7100-000 | | $399.40 | $16,481.45 |
| 12/22/16 | 112 | WILLIAM J FACTOR<br>THE LAW OFFICE OF WILLIAM J. FACTOR<br>1363 SHERMER ROAD<br>SUITE 224<br>NORTHBROOK, IL 60062 | Fees and Expenses to Litigation Attorney per Court Order dated June 16, 2016 | | | $14,881.57 | $1,599.88 |
| | | FactorLaw, | ($14,783.13) | 3210-000 | | | |
| | | FactorLaw, | ($98.44) | 3220-000 | | | |

| | Page Subtotals: | $0.00 | $31,923.12 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 15-28416 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | TRACI ALEXIS MILLER | Bank Name: | Associated Bank |
| | MAURICE WESTERN | Account Number/CD#: | XXXXXX3276 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3778 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 05/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/22/16 | 113 | PORANIA LLC<br>C/O BILTMORE ASSET MANAGEMENT<br>24500 CENTER RIDGE RD STE 472<br>WESTLAKE, OH 44145 | First and Final Distribution for Claim No. 8 per court Order dated December 22, 2016 | 7100-000 | | $272.72 | $1,327.16 |
| 12/22/16 | 114 | PREMIER BANKCARD, LLC<br>C O JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>ORIG BY: PREMIER BANKCARD MC | First and Final Distribution for Claim No. 9 per court Order dated December 22, 2016 | 7100-000 | | $386.34 | $940.82 |
| 12/22/16 | 115 | Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | First and Final Distribution for Claim No. 10 per court Order dated December 22, 2016 | 7100-000 | | $392.15 | $548.67 |
| 12/22/16 | 116 | JEFFERSON CAPITAL SYSTEMS LLC<br>PURCHASED FROM FINGERHUT<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>ORIG BY: FINGERHUT FRESHSTART | First and Final Distribution for Claim No. 11 per court Order dated December 22, 2016 | 7100-000 | | $156.52 | $392.15 |
| 12/22/16 | 117 | PREMIER BANKCARD, LLC<br>C O JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>ORIG BY: PREMIER BANKCARD MC | First and Final Distribution for Claim No. 110 per Court Order dated December 22, 2016 | 7100-000 | | $392.15 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $44,393.79 | $44,393.79 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $44,393.79 | $44,393.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $44,393.79 | $44,393.79 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals: $0.00 $1,599.88

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3276 - Checking | $44,393.79 | $44,393.79 | $0.00 |
|  | $44,393.79 | $44,393.79 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $44,393.79 |
| Total Gross Receipts: | $44,393.79 |

Page Subtotals:　　　　　　　　　　　　　　　　$0.00　　　　$0.00